PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Cynthia Marrie Trueblood**

**Docket No. 0:00CR00093-1(PAM)**

**Petition on Probation**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Cynthia Marrie Trueblood** who was sentenced on December 1, 2000, by the Honorable Paul A. Magnuson, sitting in the court at St. Paul, MN, who fixed the period of supervision at 5 years probation, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and Alcohol Treatment
Mental Health Treatment
Electronic Monitoring for 12 Months
Pay Restitution
CCC Placement (Two Modifications)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall participate in a program for drug and alcohol abuse at the direction of the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.

The defendant failed to appear for scheduled drug testing on June 23, August 13, October 22, and November 19, 2004, and failed to submit regular documentation of support group attendance.

SPECIAL CONDITION: The defendant shall pay restitution in the amount of $1,000 to TCF National Bank.

The defendant has failed to make scheduled monthly restitution payments.

STANDARD CONDITION: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

The defendant has failed to submit written reports on a timely basis.

STANDARD CONDITION: The defendant shall notify the probation officer ten days prior to any change in residence or employment.

The defendant has failed to notify the probation officer of changes in her employment status following her last two periods of employment.

SCANNED
DEC 3 0 2004
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 50 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 30th day of December and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
U.S. District Judge

Respectfully,

for DeeDee Thaisen
U.S. Probation Officer

Place Minneapolis
Date December 28, 2004

c: United States Sentencing Commission