Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Cynthia Marrie Trueblood

Docket No. 0:00CR00093-001

**HEARING WAIVER**

I, Cynthia Marrie Trueblood, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 50 hours of community service, as approved by the probation officer.

Signed: Cynthia Trueblood

Cynthia Marrie Trueblood
Probationer

Dated: 12-17-04

Witness:

DeeDee B. Thaisen
U.S. Probation Officer

SCANNED
DEC 30 2004
U.S. DISTRICT COURT ST. PAUL